# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON CARTER, JUAN ESTRADA, JERRY GREEN, BURL MALMGREN, BILL McDONALD, and JOEL MORALES, on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>XPO LAST MILE, INC. and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 3:16-cv-01231-WHO<br><br>**ORDER GRANTING THE PARTIES' STIPULATED REQUEST FOR ORDER CHANGING DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFFS' MOTION FOR CONDITIONAL CLASS CERTIFICATION AND ORDER TO FACILITATE COLLECTIVE ACTION NOTICE**<br><br>Amended Complaint Filed:  June 9, 2016<br>Trial Date:                             Feb. 12, 2018<br>Judge:                                  Hon. William H. Orrick |

Upon consideration of the Parties' Stipulated Request for Order Changing Defendant's Deadline to Respond to Plaintiffs' Motion for Conditional Class Certification and Order to Facilitate Collective Action Notice, and good cause appearing, it is hereby ordered that:

The Parties' Stipulated Request is **GRANTED**. Defendant will have up to and including August 31, 2016 to file its response to Plaintiffs' Motion for Conditional Class Certification and Order to Facilitate Collective Action Notice. Plaintiffs will have up to and including September 14, 2016 to file their reply.

**IT IS SO ORDERED.**

DATED:  August 23, 2016

_____
The Honorable William H. Orrick
United States District Judge