1
2
3
4                                   UNITED STATES DISTRICT COURT
5                                 NORTHERN DISTRICT OF CALIFORNIA
6
7   RON CARTER, et al.,                              Case Nos.  16-cv-01231-WHO
8                          Plaintiffs,                          16-cv-04440-WHO
9            v.                                                 16-cv-07039-DMR
10  XPO LOGISTICES, INC,
11                         Defendant.                **ORDER TO SHOW CAUSE**

12          Defendant XPO Logistics has filed an administrative motion seeking to relate a newly filed

13  action, 16-cv-0739-DMR, *Kevin Kramer, et al. v. XPO Logistics, Inc*., to this action.  Plaintiffs in

14  the *Kramer* case are ORDERED TO SHOW CAUSE why that case should not be related to this

15  one, by filing a response on or before **Thursday December 22, 2016**.

16          If the *Kramer* plaintiffs do not file a response, or if a response is filed but I nonetheless

17  determine the cases are related, the *Kramer* case will be related and proceedings will be

18  coordinated with this case and with 16-cv-04440, *Ramon Garcia v. Macy's West Stores, Inc., et al*.

19          A Case Management Conference will be held on January 10, 2017 for the related cases to

20  set the case schedules and discuss coordination of discovery.  A Joint Case Management

21  Conference Statement discussing how best to coordinate the actions is due on January 6, 2017 by

22  12:00 p.m.

23          **IT IS SO ORDERED**.

24  Dated: December 20, 2016

25  

26  WILLIAM H. ORRICK
    United States District Judge
27
28

United States District Court
Northern District of California