Beth Ross, SBN 141337
Jennifer Keating, SBN 250857
Amy Endo, SBN 272998
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
bross@leonardcarder.com
jkeating@leonardcarder.com
aendo@leonardcarder.com

Attorneys for Plaintiffs
RON CARTER, et al.

David Mara, SBN 230498
Jamie Serb, SBN 289601
William Turley, SBN 122408
THE TURLEY LAW FIRM, APLC
7428 Trade Street
San Diego, CA 92121
Telephone: (619) 234-2833
Facsimile: (619) 234-4048
dmara@turleylawfirm.com
jserb@turleylawfirm.com
bturley@turleylawfirm.com

Attorneys for Plaintiffs
KEVIN KRAMER, et al.

Matthew R. Bainer Bar No. 220972
THE BAINER LAW FIRM
1901 Harrison Street, Suite 1100
Oakland, CA 94612
Telephone: (510) 922-1802
Facsimile: (510) 844-7701
mbainer@bainerlawfirm.com

Attorneys for Plaintiff
HECTOR IBANEZ

Joseph M. Lovretovich, SBN 73403
David F. Tibor, SBN 230563
JML LAW, APLC
21052 Oxnard Street
Woodland Hills, CA 91367
Telephone: (818) 610-8800
Facsimile: (818) 610-3030
jml@jmllaw.com
david@jmllaw.com

Attorneys for Plaintiffs
RAMON GARCIA, et al.

Thomas W. Falvey, SBN65744
Michael H. Boyamian, SBN 256107
Armand R. Kizirian, SBN 293992
LAW OFFICES OF THOMAS W. FALVEY
550 North Brand Blvd., Suite 1500
Glendale, CA 91203
Telephone: (818) 547-5200
Facsimile: (818) 500-9307
thomaswfalvey@gmail.com
mike.falveylaw@gmail.com
armand.falveylaw@gmail.com

Attorneys for Plaintiffs
RAMON GARCIA, et al.

Fraser A. McAlpine, CA Bar No. 248554
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, CA 94111
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
fraser.mcalpine@jacksonlewis.com

Attorneys for Defendant
XPO LAST MILE, INC.

Adam L. Lounsbury, VA Bar No. 89847
JACKSON LEWIS P.C.
701 East Byrd Street, 17th Floor
Richmond, VA 23219
Telephone: (804) 649-0404
Facsimile: (804) 649-0403
jeffrey.newhouse@jacksonlewis.com
adam.lounsbury@jacksonlewis.com
Appearing *Pro Hac Vice*

Attorneys for Defendant XPO LAST MILE, INC.

Case No. 3:16-cv-01231-WHO

STIPULATION AND ORDER TO REVISE THE CLASS CERTIFICATION SCHEDULE AND
REQUEST FOR CASE MANAGEMENT CONFERENCE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON CARTER, JUAN ESTRADA, JERRY GREEN, BURL MALMGREN, BILL McDONALD, and JOEL MORALES, on behalf of themselves and others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>XPO LAST MILE, INC. and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 3:16-cv-01231-WHO<br><br>**STIPULATION AND ORDER TO REVISE THE CLASS CERTIFICATION SCHEDULE AND REQUEST FOR CASE MANAGEMENT CONFERENCE**<br><br>Amended Complaint Filed:  June 9, 2016<br>Judge:  Hon. William H. Orrick |
| RAMON GARCIA, an individual, VICTOR RAMIREZ, an individual; ADRIAN VALENTE, an individual; MARIO PINON, an individual; MYNOR CABRERA, an individual; Individually, and on Behalf of All Similarly Situated Individuals,<br><br>        Plaintiffs,<br><br>        v.<br><br>MACY'S WEST STORES, INC., an Ohio corporation; JOSEPH ELETTO TRANSFER, INC., a New York corporation; XPO LOGISTICS, LLC, and Ohio corporation; and DOES 1 through 25, Inclusive,<br><br>        Defendants. | Case No. 3:16-cv-04440-WHO<br><br>Action Filed: July 1, 2016<br>Date Removed: August 5, 2016<br>Judge: Hon. William H. Orrick |
| KEVIN KRAMER on behalf of himself, all others similarly situated, and on behalf of the general public,<br><br>        Plaintiffs,<br><br>        v.<br><br>XPO LOGISTICS, INC.; and DOES 1 – 100,<br><br>        Defendants. | Case No. 3:16-cv-07039-WHO<br>*Consolidated with* 3:17-cv-04009-JSC<br><br>Action Filed: September 22, 2016<br>Date Removed: December 8, 2016<br>Judge: Hon. William H. Orrick |

| | |
|---|---|
| HECTOR IBANEZ on behalf of himself, all others similarly situated, and on behalf of the general public | This Document Relates To:<br>*Kramer*, 3:16-cv-07039-WHO;<br>*Ibanez*, 3:17-cv-04009-JSC;<br>*Carter*, 3:16-cv-01231-WHO;<br>*Garcia*, 3:16-cv-04440-WHO |
| Plaintiffs, | |
| v. | |
| XPO LAST MILE, INC.; and DOES 1 – 100, | |
| Defendants. | |

## STIPULATION AND ORDER

WHEREAS, the parties to *Carter v. XPO Logistics, Inc.,* No. 16-cv-01231-WHO ("*Carter*"), *Garcia v. Macy's West Stores, Inc., et al* ("*Garcia*"), and the consolidated *Kramer v. XPO Logistics, Inc.*, No. 16-cv-07039-WHO ("*Kramer*") and *Ibanez v. XPO Last Mile, Inc.*, No. 17-cv-04009-JSC ("*Ibanez*") (consolidated matter referred to as "*Kramer/Ibanez*"), have agreed that the class certification schedule should be revised in order to facilitate the parties' continuing effort to mediate this dispute. The parties are seeking this adjustment to the briefing schedule due to unanticipated issues experienced in connection with marshalling the data necessary to support a complete and accurate damages analysis by the parties. The parties rescheduled the mediation for two sessions to be held on October 25, 2018, and November 13, 2018, and jointly request that the Court adjust the briefing and hearing schedule to permit the parties to focus on settlement discussions before briefing the case for class certification. A discussion of the obstacles and proposed scheduling amendment follows.

On May 30, 2018, the Court entered an Order that set the current certification and motion hearing dates.[1] That schedule was proposed and agreed by the parties in order to facilitate a mediated resolution to this case. At that time, the mediation was scheduled for August 30 and 31, 2018 in San Francisco. Stipulation and Order, May 30, 2018 (docketed only at *Kramer/Ibanez* ECF No. 65).

---

[1] That Order revised the prior schedule that was set March 21, 2018 (*Carter* ECF No. 165); (*Garcia* ECF No. 90); (*Kramer/Ibanez* ECF No. 63).

1    Following the Order setting the mediation and briefing schedule, the parties set out to

2    conduct the damages discovery necessary to support an informed damages discussion at the

3    mediation—prior to scheduling the mediation, the parties' discovery efforts were largely focused

4    on issues bearing on class certification.  On June 8, 2018, *Carter* plaintiffs issued a robust request

5    for data to support their damages model that would be used to inform their position in settlement

6    discussions.  This request sought information about class member identities, and various metrics

7    that would bear on the days, hours of work, as well as amounts paid to individual carriers and

8    amounts those carriers paid out in various expenses.  On July16, 2018, *Kramer/Ibanez* plaintiffs

9    issued a separate request for information to support their damages model.  This request sought

10   information regarding class member identities (and counts), as well as data reflecting hours of

11   work and amounts paid to secondary drivers and helpers in the class.  Finally, on July 19, 2018, the

12   *Garcia* plaintiffs issued a separate request for information from a third party source that could

13   provide information regarding hours of work for each secondary driver or helper working out of

14   the Macy's Union City location during the class period.

15       Following the *Carter* request, XPO LM began to work on a plan to marshal the requested

16   data.  As is often the case, the initial challenge was to determine what data – housed in a system

17   that is not intended to be a used for these purposes – could be extracted and compiled in a useful

18   and accessible form.  It took several weeks and numerous discussions between counsel, XPO LM

19   information technology personnel, and XPO LM's litigation consultants to establish a basic

20   protocol for extracting the information.  Once the protocol was established, XPO LM's information

21   technology team then had to develop technical queries that would establish relationships between

22   various databases so that the data was useable.  That is, the technical team was tasked with creating

23   an output that identified the who, where, and when for each and every truck that delivered for one

24   of XPO LM's customers in California on each and every day during the class period (which dates

25   back to March 2012 for *Carter*).  The result was an output of 10's of millions of lines of data.

26       After this initial data set was captured, XPO LM began the process of quality testing the

27

28

Case No. 3:16-cv-01231-WHO
STIPULATION AND ~~PROPOSED~~ ORDER TO REVISE THE CLASS CERTIFICATION
SCHEDULE AND REQUEST FOR CASE MANAGEMENT CONFERENCE

data output to evaluate its completeness. On July 27, 2018, while this testing was performed XPO LM produced to plaintiffs an initial dataset. Within days, the parties identified massive gaps in the data. Some high-level examples of the issues that were identified include:

- Certain putative class members' and related contract carrier information was not included in the dataset (including some information about named-plaintiffs);

- The dataset that was extracted was not representative of the work performed by carriers and was incomplete (as identified by comparison to other records exchanged in discovery);

- Settlement data did not match to the data provided by the third party settlement company (as identified by a manual comparison of a sample of the data to the individual carrier settlement statements);

- Information regarding contract interstate routes not included in the data;

- Estimated length of day and individualized routed stop data was not linked to the delivery team performing the services;

- The route and stop data collected by some of XPO LM's customers through third party software (ex., Decartes, Cheetah, Mobilink) was not represented in the dataset, which meant there were informational gaps depending on the profit center.

Since this first production, XPO LM, its consultants and legal team have been working to resolve each issue to ensure that the data upon which all of the parties base a settlement discussion is accurate and robust as is available. During this data integrity and troubleshooting phase, the parties have regularly communicated about the issues that they have spotted.

At the beginning of August, only thirty days before the mediation, the parties recognized that they would not have enough time to complete the data integrity efforts, to exchange millions of lines of data and to develop their damages models in consultation with their experts, in time to have a productive mediation at the end of August. Consequently, the parties contacted the mediator to identify the next available dates for a two day mediation. In order to obtain earlier dates, the

- 3 -

1  parties offered to be flexible on location of the mediation and agreed that non-contiguous dates

2  could be selected if that meant an earlier mediation was possible.

3        On August 23, 2018 the parties and mediator Michael Dickstein, Esq., rescheduled the

4  mediation for October 25, in San Francisco, and November 13 in Toronto.

5        According to the current Order, plaintiffs' motions for class certification are due on October

6  2, 2018, defendants' oppositions are due on December 3, 2018, and plaintiffs' reply briefs are due

7  on December 24, 2018, with a hearing to follow on January 17, 2019.  Stipulation and Order, May

8  30, 2018 (docketed only at *Kramer/Ibanez* ECF No. 65).

9        NOW THEREFORE, the parties stipulate to and request that the Court order the following

10 revised certification motion, briefing and hearing dates:

11       •      Motions for class certification due December 14, 2018;

12       •      Oppositions are due February 8, 2019;

13       •      Reply briefs are due March 1, 2019;

14       •      Hearing is set for April 3, 2019 at 2:00 PM.

15       The parties submit that good cause exists to continue the class certification dates.  The

16 parties have vigorously litigated the case, and, as previously anticipated that a realistic exploration

17 of settlement will involve the production, review, and analysis of millions of lines of additional

18 data.  That data has yet to be exchanged.  The substantial amount of time needed to prepare the

19 matter for class certification and Defendant's opposition thereto would interfere with the parties'

20 ability to devote the time needed to prepare the matter for settlement discussions at the scheduled

21 mediation.  Should the matter not settle at or around the mediation, the class certification motion

22 will be filed, according to the proposed schedule outlined above, 30 days after the scheduled two-

23 days of mediation.  Thus, should the matter not settle at or around the scheduled mediation, the

24 matter will immediately proceed towards certification per the above proposed schedule.

25       Additionally, the Parties further request the Court set a Case Management Conference to

- 4 -

STIPULATION AND ~~PROPOSED~~ ORDER TO REVISE THE CLASS CERTIFICATION
SCHEDULE AND REQUEST FOR CASE MANAGEMENT CONFERENCE

discuss modifications to the case schedule on Thursday, November 15, 2018 or as soon thereafter as the Court's calendar will permit.

Respectfully submitted,

Dated: August 30, 2018          **THE TURLEY & MARA LAW FIRM, APLC**

/s/ William Turley
William Turley, Esq.
David Mara, Esq.
Jamie Serb, Esq.
Representing *Kramer*/*Ibanez* Plaintiffs

Dated: August 30, 2018          **THE BAINER LAW FIRM**

/s/ Matthew Bainer
Matthew Bainer, Esq.
Representing *Kramer*/*Ibanez* Plaintiffs

Dated: August 30, 2018          **LEONARD CARDER**

/s/ Beth Ross
Beth Ross, Esq.
Jennifer Keating, Esq.
Amy Endo, Esq.
Representing *Carter* Plaintiffs

Dated: August 30, 2018          **LAW OFFICES OF THOMAS W. FALVEY**

/s/ Michael Boyamian
Michael Boyamian, Esq.
Armand Kizirian, Esq.
Representing *Garcia* Plaintiffs

Dated: August 30, 2018          **JACKSON LEWIS P.C.**

/s/ Fraser A. McAlpine
Fraser A. McAlpine
Adam L. Lounsbury

- 5 -

Case No. 3:16-cv-01231-WHO
STIPULATION AND ~~PROPOSED~~ ORDER TO REVISE THE CLASS CERTIFICATION
SCHEDULE AND REQUEST FOR CASE MANAGEMENT CONFERENCE

Representing Defendants XPO Last Mile, Inc.,
Macy's West Stores, Inc.

**SIGNATURE ATTESTATION Local Rule 5-1(i)(3)**

I Fraser A. McAlpine, attest that each of the other signatories to this document concur in the

filing of this document.

/s/ Fraser A. McAlpine
Fraser A. McAlpine

**ORDER**

The class certification schedule is amended as follows:

Motions for class certification due December 14, 2018;
Oppositions are due February 8, 2019;
Reply briefs are due March 1, 2019;
Hearing is set for April 3, 2019 at 2:00 PM.

A further CMC is set for Tuesday November 13, 2018 at 2:00 p.m.

**IT IS SO ORDERED**.

Dated: August 30, 2018

The Honorable William H. Orrick
UNITED STATES DISTRICT JUDGE

4853-2001-4192, v. 4

Case No. 3:16-cv-01231-WHO
STIPULATION AND ~~PROPOSED~~ ORDER TO REVISE THE CLASS CERTIFICATION
SCHEDULE AND REQUEST FOR CASE MANAGEMENT CONFERENCE