UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON CARTER, et al., | Case No.  16-cv-01231-WHO |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| XPO LOGISTICS, INC, | |
| Defendant. | |

Judgment is hereby entered in accordance with the Court's October 17, 2019 Order

Granting Motion for Final Approval and Motion for Attorney Fees and Costs.

**IT IS SO ORDERED.**

Dated: October 18, 2019

William H. Orrick
United States District Judge